UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY JONES** | **CIVIL ACTION NO. 09-0459** |
| **VS.** | **SECTION P** |
| **ST. LANDRY PARISH PRISON, ET AL.** | **JUDGE MELANÇON** |
| | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 15th day of September, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE